10/26/2012   09:17   14783747005   LISTER HARRELL   PAGE   01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | 12-30111 |
| PARADISE FARMS, INC. | } | |
| | } | JUDGE SUSAN D. BARRETT |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM _____ TO _____

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.


_s/ Jesse C. Stone_____
Attorney for Debtor's Signature


Debtor's Address
and Phone Number:

Post Office Box 4116

Eastman, GA 31023-4116

478-374-5097

Attorney's Address
and Phone Number:

Post Office Box 129

Swainsboro, GA 30401

478-237-7029

_____          _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

03/06/2013  12:08   14783747005                 LISTER HARRELL                      PAGE  03

Case:12-30111-SDB  Doc#:101  Filed:03/07/13  Entered:03/07/13 13:16:02  Page:2 of 33
10/26/2012  09:17   14783747005                  LISTER HARRELL                    PAGE  02

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING January 1, 2013 and ending January 31, 2013

Name of Debtor: PARADISE FARMS, INC.  
Date of Petition: March 29, 2012

Case Number 12-30111

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | _____(a) | _____(b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts (See MOR-3) | | |
| (If you receive rental income, you must attach a rent roll.) | See attached | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | | |
| 5. DISBURSEMENTS: | | |
| A. Advertising | | |
| B. Bank Charges | | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments (See Attach. 2) | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net (See Attachment 4B) | | |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments (See Attach. 2) | | |
| O. Taxes Paid - Payroll (See Attachment 4C) | | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | |
| Q. Taxes Paid - Other (See Attachment 4C) | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses (See MOR-3) | | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | _____(c) | _____(c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 5th day of MAR, 20 13.

_____  
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

MOR-2

Paradise Farms, Inc
Case Number
Date of Petition: March 29, 2012

Schedule of Receipts and Disbursements
For the period beginning 1/01/13 and ending 1/31/13

| | | Current Month | Cumulative Petition to date |
|---|---|---:|---:|
| 1 | Beginning | 2,449.18 | - |
| | | | |
| 2 | Receipts | | |
| | Cash Sales | 98.00 | 30,566.45 |
| | Minus Refunds | - | (1.65) |
| | Net Cash Sales | 98.00 | 30,564.80 |
| | Accounts Receivable | 98.00 | 21,712.10 |
| | Other Receipts (MOR-3) | 17.33 | 9,580.34 |
| 3 | Total Receipts | 213.33 | 61,857.24 |
| 4 | Totals Funds Available | 2,662.51 | 61,857.24 |
| | | | |
| 5 | Disbursements | | |
| A | Advertising | - | - |
| B | Bank charges | 30.00 | 63.00 |
| C | Contract Labor | 473.88 | 1,923.88 |
| D | Fixed asset payemnts | - | - |
| E | Insurance | - | - |
| F | Inventory payments (Attachment2) | - | 37,946.45 |
| G | Leases | - | - |
| H | Manufacturing supplies | - | - |
| I | Office suppliess | - | 339.02 |
| J | Payroll - net (attachment 4B) | - | - |
| K | Professional fees | - | 1,000.00 |
| L | Rent | - | - |
| M | Repairs & Maintenance | - | - |
| N | Secured Creditor payments | - | - |
| O | Taxes paid (Payroll) Att 4C | 84.00 | 84.00 |
| P | Taxes paid (sales tax) Att 4C | - | - |
| Q | Taxes paid (other) Att 4C | - | 10.00 |
| R | Telephone | - | 1,235.54 |
| S | Travel & Entertainment | 141.38 | 1,492.21 |
| Y | US Trustee Quarterly Fee | 324.72 | 975.00 |
| U | Utilities | - | 336.35 |
| V | Vehicle Expenses | - | 763.44 |
| W | Other operating expenses (MOR-3) | 274.35 | 14,354.17 |
| 6 | Total Disbursements | 1,328.33 | 60,523.06 |
| 7 | Ending Balance | 1,334.18 | 1,334.18 |

10/26/2012 09:17 14783747005 LISTER HARRELL PAGE 03

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

Paradise Farms, Inc
Case Number
Date of Petition: March 29, 2012

For the period beginning 1/01/13 and ending 1/31/13

**Other Receipts**

| Description | Current Month | Cummulative Petition to Date |
|---|---|---|
| Loan to open account from Saraland | - | 500.00 |
| Transfer of Paypal account balance from Saraland | - | 7,963.02 |
| Paypal cash back | 17.33 | 147.32 |
| Refund of payment from Oakley | - | 970.00 |
|  | - | - |
|  | - | - |
|  | 17.33 | 9,580.34 |

**Other Disbursements**

| Description | Current Month | Cummulative Petition to Date |
|---|---|---|
| Dues and subscriptions | 33.95 | 33.95 |
| Postage and shipping | 48.21 | 1,005.48 |
| Internet expenses (hosting, site fees, etc) | - | 3,395.00 |
| Dividends to owner | 192.19 | 7,963.91 |
| Internet selling fees | - | 648.52 |
| Licenses and tag fees | - | 1,238.78 |
| Miscellaneous | - | 68.53 |
|  | 274.35 | 14,354.17 |

2:18 PM

03/05/13

Accrual Basis

# Lister's Outdoor World
# Balance Sheet
### As of January 31, 2013

|  | Jan 31, 13 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1000 · Wells Fargo | 359.79 |
| 1050 · Pay-Pal | 876.39 |
| **Total Checking/Savings** | 1,236.18 |
| **Accounts Receivable** | |
| 1200* · Accounts Receivable | 3,670.00 |
| **Total Accounts Receivable** | 3,670.00 |
| **Other Current Assets** | |
| **1300 · Inventory Asset** | |
| 1315 · Oakley | 4,015.78 |
| 1300 · Inventory Asset - Other | 4,521.40 |
| **Total 1300 · Inventory Asset** | 8,537.18 |
| 1499 · Undeposited Funds | 98.00 |
| **Total Other Current Assets** | 8,635.18 |
| **Total Current Assets** | 13,541.36 |
| **Fixed Assets** | |
| 1510 · Computers | 31,493.16 |
| 1515 · Equipment | 135,783.90 |
| 1520 · Furniture & Fixtures | 3,996.12 |
| 1530 · Vehicles | 312,333.43 |
| 1599 · Accumulated Depreciation | -292,280.76 |
| **Total Fixed Assets** | 191,325.85 |
| **Other Assets** | |
| 1650 · Investment in Saraland | -13,538.00 |
| **Total Other Assets** | -13,538.00 |
| **TOTAL ASSETS** | **191,329.21** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| 2199 · Credit Cards | 140,272.35 |
| **Total Credit Cards** | 140,272.35 |
| **Other Current Liabilities** | |
| 2130 · Post petition - Saraland | 15,271.13 |
| 2215 · Post bankrupcy loan from Lister | 10,846.59 |
| **Total Other Current Liabilities** | 26,117.72 |
| **Total Current Liabilities** | 166,390.07 |
| **Long Term Liabilities** | |
| 2500 · Due to Colony Bank | 1,250,500.00 |
| **Total Long Term Liabilities** | 1,250,500.00 |
| **Total Liabilities** | 1,416,890.07 |
| **Equity** | |
| 3000 · Common Stock | 5,000.00 |
| 3050 · Paid-In Capital | 1,973,563.84 |
| 3655 · Due from Lister | -382,565.75 |
| 3800 · Retained Earnings | -2,821,033.77 |
| Net Income | -525.18 |
| **Total Equity** | -1,225,560.86 |
| **TOTAL LIABILITIES & EQUITY** | **191,329.21** |

2:18 PM

03/05/13

Accrual Basis

# Lister's Outdoor World
## Profit & Loss
### January 2013

|  | Jan 13 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · Cash Sales** | |
| 4040 · Shipping Income | 0.00 |
| 4045 · Trap Sales | 3,497.50 |
| 4080 · Oakley Sales | 328.00 |
| **Total 4000 · Cash Sales** | 3,825.50 |
| **4100 · Other Income** | |
| 4190 · Cash back | 17.33 |
| **Total 4100 · Other Income** | 17.33 |
| **4900 · Refunds & sales discounts** | |
| 4910 · Sales Discounts | -57.50 |
| **Total 4900 · Refunds & sales discounts** | -57.50 |
| **Total Income** | 3,785.33 |
| **Cost of Goods Sold** | |
| **5000 · Merchandise Costs** | |
| 5060 · Oakley Cost of Sales | 0.00 |
| **Total 5000 · Merchandise Costs** | 0.00 |
| 5100 · Shipping and fees | 48.21 |
| 5300 · Cost of Goods Sold | 2,900.00 |
| **Total COGS** | 2,948.21 |
| **Gross Profit** | 837.12 |
| **Expense** | |
| 6005 · Bank Charges | 30.00 |
| 6010 · Contract Expenses | 473.88 |
| 6065 · Taxes & License | 84.00 |
| **6075 · Travel Expense** | |
| 6076 · Meals & Entertainment | 141.38 |
| **Total 6075 · Travel Expense** | 141.38 |
| 6080 · US Trustee Fee | 324.72 |
| 7010 · Depreciation | 274.37 |
| 7015 · Dues & Subscriptions | 33.95 |
| **Total Expense** | 1,362.30 |
| **Net Ordinary Income** | -525.18 |
| **Net Income** | -525.18 |

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:  PARADISE FARMS, INC.           Case Number:  12-30111

Reporting Period beginning _____     Period ending _____

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 98.00 | (a) |
| PLUS: Current Month New Billings | 3670.00 | |
| MINUS: Collection During the Month | $ -98.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ 3670.00 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ 3670.00 | $ _____ | $ _____ | $ _____ | $ 3670.00 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

MOR-4

10/26/2012  09:17   14783747005            LISTER HARRELL            PAGE  05

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: PARADISE FARMS, INC.            Case Number: 12-30111

Reporting Period beginning _____            Period ending _____

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

---

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | |
|---|---|
| Opening Balance | $ _____ (a) |
| PLUS: New Indebtedness Incurred This Month | $ _____ |
| MINUS: Amount Paid on Post Petition, | |
|     Accounts Payable This Month | $ _____ |
| PLUS/MINUS: Adjustments | $ _____ * |
| Ending Month Balance | $ _____ (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL _____(d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

10/26/2012  09:17   14783747005            LISTER HARRELL                    PAGE  06

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:  PARADISE FARMS, INC.          Case Number: 12-30111

Reporting Period beginning _____          Period ending _____

**INVENTORY REPORT**

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ _____ | |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $ 11,437.18 | (a) |
| PLUS: Inventory Purchased During Month | $ _____ | |
| MINUS: Inventory Used or Sold | $ -2900.00 | |
| PLUS/MINUS: Adjustments or Write-downs | $ _____ | * |
| Inventory on Hand at End of Month | $ 8,537.18 | |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____ % | _____ % | _____ % | _____ % = | _____ 100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____

_____

_____

| | | |
|---|---|---|
| FIXED ASSETS RECONCILIATION: | | |
| Fixed Asset Book Value at Beginning of Month | $ 191,600.22 | (a)(b) |
| MINUS:  Depreciation Expense | $ _____ | |
| PLUS:  New Purchases | $ _____ | |
| PLUS/MINUS: Adjustments or Write-downs | $ _____ | * |
| Ending Monthly Balance | $ 191,325.85 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____

_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:  PARADISE FARMS, INC.          Case Number:  12-30111

Reporting Period beginning _____          Period ending  _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____OPERATING_____

| | |
|---|---|
| Ending Balance per Bank Statement | $   359.79 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $                           * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $   359.79        **(a) |

*Debit cards are used by_____

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

4:16 PM

02/26/13

# Lister's Outdoor World
## Reconciliation Summary
### 1000 · Wells Fargo, Period Ending 02/28/2013

|  | Feb 28, 13 |
|---|---|
| **Beginning Balance** | 917.67 |
| **Cleared Transactions** | |
| Checks and Payments - 2 items | -557.88 |
| **Total Cleared Transactions** | -557.88 |
| **Cleared Balance** | **359.79** |
| **Uncleared Transactions** | |
| Checks and Payments - 1 item | -203.57 |
| **Total Uncleared Transactions** | -203.57 |
| **Register Balance as of 02/28/2013** | **156.22** |
| **Ending Balance** | 156.22 |

Page 1

4:16 PM

02/26/13

# Lister's Outdoor World
# Reconciliation Detail
### 1000 · Wells Fargo, Period Ending 02/28/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 917.67 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 1/31/2013 | 1014 | Nikki Harrell | X | -473.88 | -473.88 |
| Check | 1/31/2013 | Debit | IRS | X | -84.00 | -557.88 |
| Total Checks and Payments | | | | | -557.88 | -557.88 |
| | | | | | | |
| Total Cleared Transactions | | | | | -557.88 | -557.88 |
| | | | | | | |
| Cleared Balance | | | | | -557.88 | 359.79 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 2/18/2013 | 1015 | Blacksmith Traditio... | | -203.57 | -203.57 |
| Total Checks and Payments | | | | | -203.57 | -203.57 |
| | | | | | | |
| Total Uncleared Transactions | | | | | -203.57 | -203.57 |
| | | | | | | |
| Register Balance as of 02/28/2013 | | | | | -761.45 | 156.22 |
| | | | | | | |
| **Ending Balance** | | | | | **-761.45** | **156.22** |

Wells Fargo Account Activity

 Wells Fargo Business Online®

## Account Activity

**Business and Personal Accounts**

**BUSINESS CHECKING XXXXXX2049**

### Activity Summary

| | |
|---|---|
| Ending Collected Balance as of 03/04/13 | $151.22 |
| Current Posted Balance | $151.22 |
| Pending Withdrawals/ Debits | $0.00 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$151.22** |

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

### Transactions

Show: for Date Range **01/01/13 to 01/31/13**

| Date | Description | Deposits / Credits | Withdrawals / Debits | Ending Daily Balance |
|---|---|---|---|---|
| Pending Transactions | Note: Amounts may change | | | |
| No pending transactions meet your criteria above. | | | | |
| Posted Transactions | | | | |
| 01/31/13 | IRS USATAXPYMT 013113 270343194404478 PARADISE FARMS INC | | $84.00 | $359.79 |
| 01/31/13 | CHECK # 1014 | | $473.88 | |
| 01/22/13 | CHECK # 1013 | | $324.72 | $917.67 |
| 01/18/13 | DEPOSIT | $98.00 | | $1,242.39 |
| Totals | | **$98.00** | **$882.60** | |

🏠 Equal Housing Lender

© 1995 – 2013 Wells Fargo. All rights reserved.

10/26/2012  09:17   14783747005                LISTER HARRELL                    PAGE  08

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: PARADISE FARMS, INC.          Case Number: 12-30111

Reporting Period beginning _____     Period ending _____

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:  _____OPERATING_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |
| —— | —— | ——— | ———— | ——— |

TOTAL                                                          $ _____

2:21 PM

03/05/13

# Lister's Outdoor World
## Check Detail
### January 2013

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | **Debit** | **1/31/2013** | **IRS** | | **1000 · Wells Fargo** | | **-84.00** |
| | | | | | 6065 · Taxes & Lic... | -84.00 | 84.00 |
| TOTAL | | | | | | -84.00 | 84.00 |
| **Bill Pmt -Check** | **1013** | **1/17/2013** | **US Trustee** | | **1000 · Wells Fargo** | | **-324.72** |
| Bill | Acct#... | 1/17/2013 | | | 6080 · US Trustee ... | -324.72 | 324.72 |
| TOTAL | | | | | | -324.72 | 324.72 |
| **Check** | **1014** | **1/31/2013** | **Nikki Harrell** | | **1000 · Wells Fargo** | | **-473.88** |
| | | | | | 6010 · Contract Ex... | -473.88 | 473.88 |
| TOTAL | | | | | | -473.88 | 473.88 |

**Page 1**

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: PARADISE FARMS, INC.          Case Number: 12-30111

Reporting Period beginning _____          Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: __Paypal_____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____OPERATING_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 876.39 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 876.39  **(a) |

*Debit cards are used by __Lister Harrell_____

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account
$_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

3:55 PM

02/26/13

## Lister's Outdoor World
## Reconciliation Summary
### 1050 · Pay-Pal, Period Ending 01/31/2013

|  | Jan 31, 13 |
|---|---|
| **Beginning Balance** | 1,425.79 |
| **Cleared Transactions** | |
| **Checks and Payments - 24 items** | -585.68 |
| **Deposits and Credits - 2 items** | 36.28 |
| **Total Cleared Transactions** | -549.40 |
| **Cleared Balance** | 876.39 |
| **Uncleared Transactions** | |
| **Checks and Payments - 2 items** | -122.00 |
| **Deposits and Credits - 1 item** | 200.00 |
| **Total Uncleared Transactions** | 78.00 |
| **Register Balance as of 01/31/2013** | 954.39 |
| **Ending Balance** | 954.39 |

3:55 PM

02/26/13

# Lister's Outdoor World
## Reconciliation Detail
### 1050 · Pay-Pal, Period Ending 01/31/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,425.79 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 24 items** | | | | | | |
| Check | 1/1/2013 | | Pay - Pal | X | -30.00 | -30.00 |
| Check | 1/3/2013 | | eBay, Inc. | X | -26.95 | -56.95 |
| Check | 1/8/2013 | | Weight Watchers | X | -18.95 | -75.90 |
| Check | 1/9/2013 | | USPS | X | -7.74 | -83.64 |
| Check | 1/9/2013 | | USPS | X | -4.97 | -88.61 |
| Check | 1/10/2013 | | Amazon.com | X | -48.99 | -137.60 |
| Check | 1/14/2013 | | Amazon.com | X | -19.98 | -157.58 |
| Check | 1/14/2013 | | Amazon.com | X | -17.66 | -175.24 |
| Check | 1/14/2013 | | Facebook Payments | X | -7.00 | -182.24 |
| Check | 1/15/2013 | | USPS | X | -14.93 | -197.17 |
| Check | 1/16/2013 | | Amazon.com | X | -14.77 | -211.94 |
| Check | 1/19/2013 | | Amazon.com | X | -33.41 | -245.35 |
| Check | 1/19/2013 | | Amazon.com | X | -19.82 | -265.17 |
| Check | 1/24/2013 | | Amazon.com | X | -16.81 | -281.98 |
| Check | 1/24/2013 | | USPS | X | -5.24 | -287.22 |
| Check | 1/25/2013 | | Amazon.com | X | -39.99 | -327.21 |
| Check | 1/25/2013 | | Amazon.com | X | -11.31 | -338.52 |
| Check | 1/27/2013 | | Amazon.com | X | -52.35 | -390.87 |
| Check | 1/28/2013 | | El Rancho Mexican ... | X | -104.46 | -495.33 |
| Check | 1/29/2013 | | Huddle House | X | -36.92 | -532.25 |
| Check | 1/30/2013 | | USPS | X | -5.23 | -537.48 |
| Check | 1/31/2013 | | Amazon.com | X | -38.10 | -575.58 |
| Check | 1/31/2013 | | USPS | X | -5.05 | -580.63 |
| Check | 1/31/2013 | | USPS | X | -5.05 | -585.68 |
| | | | Total Checks and Payments | | -585.68 | -585.68 |
| | | | **Deposits and Credits - 2 items** | | | |
| Deposit | 1/4/2013 | | | X | 17.33 | 17.33 |
| Deposit | 1/9/2013 | | Weight Watchers | X | 18.95 | 36.28 |
| | | | Total Deposits and Credits | | 36.28 | 36.28 |
| | | | Total Cleared Transactions | | -549.40 | -549.40 |
| **Cleared Balance** | | | | | -549.40 | 876.39 |
| | | | **Uncleared Transactions** | | | |
| | | | **Checks and Payments - 2 items** | | | |
| Check | 12/3/2012 | | Video City | | -121.00 | -121.00 |
| Check | 1/17/2013 | | www.linkedin.com | | -1.00 | -122.00 |
| | | | Total Checks and Payments | | -122.00 | -122.00 |
| | | | **Deposits and Credits - 1 item** | | | |
| Deposit | 1/14/2013 | | | | 200.00 | 200.00 |
| | | | Total Deposits and Credits | | 200.00 | 200.00 |
| | | | Total Uncleared Transactions | | 78.00 | 78.00 |
| | | | Register Balance as of 01/31/2013 | | -471.40 | 954.39 |
| | | | **Ending Balance** | | **-471.40** | **954.39** |

Page 1



**Listers Outdoor World**
PayPal Account : lister@listersoutdoorworld.com
369 Ocmulgee Church Rd, Box 4116, Eastman, 31023 GA

| Financial Statement for the month of January 2013 | | |
|---|---|---|
| | | Amounts in USD |
| | Beginning | Ending |
| Total balance | 1,425.79 | 876.39 |
| Available balance | 1,425.79 | 876.39 |
| Payables balance | 0.00 | 0.00 |
| | Debit | Credit |
| Sales activity | | 0.00 |
| Payments received | | 0.00 |
| Disbursements received | | 0.00 |
| Refunds sent | 0.00 | |
| Fees | -30.00 | |
| Payment fees | 0.00 | |
| Refunded Fees | 0.00 | |
| Chargeback fees | 0.00 | |
| Account Fees Invoice | -30.00 | |
| Other fees | 0.00 | |
| Dispute activity | 0.00 | |
| Chargebacks & disputes | 0.00 | |
| Dispute reimbursements | | 0.00 |
| Transfers & withdrawals | 0.00 | |
| Currency transfers | 0.00 | |
| Transfers to PayPal account | | 0.00 |
| Transfers from PayPal account | 0.00 | |
| Purchase activity | -536.73 | |
| Online payments sent | -101.11 | |
| Refunds received | | 18.95 |
| Debit card purchases | -454.57 | |
| Debit card returns | | 0.00 |



| Financial Statement for the month of January 2013 | | |
|---|---|---|
| | | Amounts in USD |
| | Debit | Credit |
| **Reserves and releases** | **0.00** | |
| Reserve holds | 0.00 | |
| Reserve releases | | 0.00 |
| Payment review holds | 0.00 | |
| Payment review releases | | 0.00 |
| Payment holds | 0.00 | |
| Payment releases | | 0.00 |
| Gift Certificate purchases | 0.00 | |
| Gift Certificate redemptions | | 0.00 |
| Funds not yet available | 0.00 | |
| Funds available | | 0.00 |
| Blocked Payments | | 0.00 |
| **Other activity** | | **17.33** |
| Money market dividends | | 0.00 |
| Debit card cash back | | 17.33 |
| Credit card cash back | | 0.00 |
| Other | | 0.00 |

Note: This is not an actual bill.

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: PARADISE FARMS, INC.      Case Number: 12-30111

Reporting Period beginning _____      Period ending _____

NAME OF BANK: __Paypal_____      BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: ____OPERATING_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                            $_____

MOR-8

2:24 PM
03/05/13

# Lister's Outdoor World
## Check Detail
### January 2013

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | | 1/1/2013 | Pay - Pal | | 1050 · Pay-Pal | | -30.00 |
| | | | | | 6005 · Bank Charges | -30.00 | 30.00 |
| TOTAL | | | | | | -30.00 | 30.00 |
| Check | | 1/3/2013 | eBay, Inc. | | 1050 · Pay-Pal | | -26.95 |
| | | | | | 7015 · Dues & Sub... | -26.95 | 26.95 |
| TOTAL | | | | | | -26.95 | 26.95 |
| Check | | 1/8/2013 | Weight Watchers | | 1050 · Pay-Pal | | -18.95 |
| | | | | | 3655 · Due from Li... | -18.95 | 18.95 |
| TOTAL | | | | | | -18.95 | 18.95 |
| Check | | 1/9/2013 | USPS | | 1050 · Pay-Pal | | -7.74 |
| | | | | | 5100 · Shipping an... | -7.74 | 7.74 |
| TOTAL | | | | | | -7.74 | 7.74 |
| Check | | 1/9/2013 | USPS | | 1050 · Pay-Pal | | -4.97 |
| | | | | | 5100 · Shipping an... | -4.97 | 4.97 |
| TOTAL | | | | | | -4.97 | 4.97 |
| Check | | 1/10/2013 | Amazon.com | | 1050 · Pay-Pal | | -48.99 |
| | | | | | 3655 · Due from Li... | -48.99 | 48.99 |
| TOTAL | | | | | | -48.99 | 48.99 |
| Check | | 1/14/2013 | Amazon.com | | 1050 · Pay-Pal | | -17.66 |
| | | | | | 3655 · Due from Li... | -17.66 | 17.66 |
| TOTAL | | | | | | -17.66 | 17.66 |
| Check | | 1/14/2013 | Amazon.com | | 1050 · Pay-Pal | | -19.98 |
| | | | | | 3655 · Due from Li... | -19.98 | 19.98 |
| TOTAL | | | | | | -19.98 | 19.98 |
| Deposit | | 1/14/2013 | | | 1050 · Pay-Pal | | 0.00 |
| TOTAL | | | | | | 0.00 | 0.00 |
| Check | | 1/14/2013 | Facebook Payme... | | 1050 · Pay-Pal | | -7.00 |
| | | | | | 7015 · Dues & Sub... | -7.00 | 7.00 |
| TOTAL | | | | | | -7.00 | 7.00 |
| Check | | 1/15/2013 | USPS | | 1050 · Pay-Pal | | -14.93 |
| | | | | | 5100 · Shipping an... | -14.93 | 14.93 |
| TOTAL | | | | | | -14.93 | 14.93 |
| Check | | 1/16/2013 | Amazon.com | | 1050 · Pay-Pal | | -14.77 |

2:24 PM
03/05/13

# Lister's Outdoor World
## Check Detail
### January 2013

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| | | | | | 3655 · Due from Li... | -14.77 | 14.77 |
| TOTAL | | | | | | -14.77 | 14.77 |
| **Check** | | 1/17/2013 | www.linkedin.com | | 1050 · Pay-Pal | | **0.00** |
| TOTAL | | | | | | 0.00 | 0.00 |
| **Check** | | 1/19/2013 | Amazon.com | | 1050 · Pay-Pal | | **-19.82** |
| | | | | | 3655 · Due from Li... | -19.82 | 19.82 |
| TOTAL | | | | | | -19.82 | 19.82 |
| **Check** | | 1/19/2013 | Amazon.com | | 1050 · Pay-Pal | | **-33.41** |
| | | | | | 3655 · Due from Li... | -33.41 | 33.41 |
| TOTAL | | | | | | -33.41 | 33.41 |
| **Check** | | 1/24/2013 | USPS | | 1050 · Pay-Pal | | **-5.24** |
| | | | | | 5100 · Shipping an... | -5.24 | 5.24 |
| TOTAL | | | | | | -5.24 | 5.24 |
| **Check** | | 1/24/2013 | Amazon.com | | 1050 · Pay-Pal | | **-16.81** |
| | | | | | 3655 · Due from Li... | -16.81 | 16.81 |
| TOTAL | | | | | | -16.81 | 16.81 |
| **Check** | | 1/25/2013 | Amazon.com | | 1050 · Pay-Pal | | **-39.99** |
| | | | | | 3655 · Due from Li... | -39.99 | 39.99 |
| TOTAL | | | | | | -39.99 | 39.99 |
| **Check** | | 1/25/2013 | Amazon.com | | 1050 · Pay-Pal | | **-11.31** |
| | | | | | 3655 · Due from Li... | -11.31 | 11.31 |
| TOTAL | | | | | | -11.31 | 11.31 |
| **Check** | | 1/27/2013 | Amazon.com | | 1050 · Pay-Pal | | **-52.35** |
| | | | | | 3655 · Due from Li... | -52.35 | 52.35 |
| TOTAL | | | | | | -52.35 | 52.35 |
| **Check** | | 1/28/2013 | El Rancho Mexica... | | 1050 · Pay-Pal | | **-104.46** |
| | | | | | 6076 · Meals & Ent... | -104.46 | 104.46 |
| TOTAL | | | | | | -104.46 | 104.46 |
| **Check** | | 1/29/2013 | Huddle House | | 1050 · Pay-Pal | | **-36.92** |
| | | | | | 6076 · Meals & Ent... | -36.92 | 36.92 |
| TOTAL | | | | | | -36.92 | 36.92 |
| **Check** | | 1/30/2013 | USPS | | 1050 · Pay-Pal | | **-5.23** |
| | | | | | 5100 · Shipping an... | -5.23 | 5.23 |
| TOTAL | | | | | | -5.23 | 5.23 |

**Page 2**

2:24 PM
03/05/13

# Lister's Outdoor World
## Check Detail
### January 2013

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| **Check** | | 1/31/2013 | **Amazon.com** | | **1050 · Pay-Pal** | | **-38.10** |
| | | | | | 3655 · Due from Li... | -38.10 | 38.10 |
| TOTAL | | | | | | -38.10 | 38.10 |
| **Check** | | 1/31/2013 | **USPS** | | **1050 · Pay-Pal** | | **-5.05** |
| | | | | | 5100 · Shipping an... | -5.05 | 5.05 |
| TOTAL | | | | | | -5.05 | 5.05 |
| **Check** | | 1/31/2013 | **USPS** | | **1050 · Pay-Pal** | | **-5.05** |
| | | | | | 5100 · Shipping an... | -5.05 | 5.05 |
| TOTAL | | | | | | -5.05 | 5.05 |

### ATTACHMENT 4B

### MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:  PARADISE FARMS, INC.          Case Number:  12-30111

Reporting Period beginning _____          Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _____ PAYROLL _____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ _____ | |
| Plus Total Amount of Outstanding Deposits | $ _____ | |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ | * |
| Minus Service Charges | $ _____ | |
| Ending Balance per Check Register | $ _____ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____ _____
The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
  "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: PARADISE FARMS, INC.        Case Number: 12-30111

Reporting Period beginning _____        Period ending _____

NAME OF BANK: _____        BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____ PAYROLL _____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |

TOTAL                                                        $ _____

MOR-10

10/25/2012 09:17 14783747005 LISTER HARRELL PAGE 11

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: PARADISE FARMS, INC.　　　Case Number: 12-30111

Reporting Period beginning _____　　　Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____　　　BRANCH: _____

ACCOUNT NAME: _____　　　ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Oustanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor: PARADISE FARMS, INC.          Case Number: 12-30111

Reporting Period beginning _____          Period ending _____

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT # _____

PURPOSE OF ACCOUNT: _____ TAX _____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                _____(d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                              _____(a)
Sales & Use Taxes Paid                                          _____(b)
Other Taxes Paid                                                _____(c)
TOTAL                                                           _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
    (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                            _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                           $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)   $_____
(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-13

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:  PARADISE FARMS, INC.          Case Number: 12-30111

Reporting Period beginning _____          Period ending _____

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

TOTAL                                        $ _____

MOR-14

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:  PARADISE FARMS, INC.                Case Number:  12-30111

Reporting Period beginning _____        Period ending _____

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**PERSONNEL REPORT**

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | _____ | _____ |
| Number hired during the period | _____ | _____ |
| Number terminated or resigned during period | _____ | _____ |
| Number of employees on payroll at end of period | _____ | _____ |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

MOR-15

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.