DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 15-10561-GG

In Re: PARADISE FARMS, INC.,

                Debtor.

LISTER W. HARRELL,

                Plaintiff - Appellant,

versus

U.S. TRUSTEE OFFICE OF THE U.S. TRUSTEE,

                Defendant - Appellee.

Appeal from the United States District Court
for the Southern District of Georgia

ENTRY OF DISMISSAL: Pursuant to Appellant Lister W. Harrell's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective February 24, 2016.

AMY C. NERENBERG
Acting Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Eleanor M. Dixon, GG, Deputy Clerk

FOR THE COURT - BY DIRECTION

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 24, 2016

Scott L. Poff
U.S. District Court
Federal Justice Center
600 JAMES BROWN BLVD
AUGUSTA, GA 30901

Appeal Number: 15-10561-GG
Case Style: Lister Harrell v. U.S. Trustee Office of the U.S
District Court Docket No: 3:14-cv-00157-DHB-BKE
Secondary Case Number: 12-bkc-30111-SDB

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

All pending motions are now rendered moot in light of the attached order.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Eleanor M. Dixon, GG
Phone #: (404) 335-6172

Enclosure(s)