UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| PARADISE FARMS, INC. | ) | CASE NO. 12-30111 |
| | ) | |
| DEBTOR | ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that __James L. Drake, Jr.__, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Lucinda B. Rauback, Clerk
U.S. Bankruptcy Court
125 Bull Street, Room 213
Savannah, GA 31412

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: August 16, 2018

/s/ James L. Drake, Jr.
Trustee, Bar No. 229250

Prepared by:
James L. Drake, Jr., PC
Attorneys at Law
Georgia Bar No. 229250
Attorneys at Law
P.O. Box 9945
Savannah, GA 31412
(912) 790-1533

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Paradise Farms, Inc. | § | Case No. 12-30111 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 52,146.22 |
| and approved disbursements of | $ | 24,695.38 |
| leaving a balance on hand of[1] | $ | 27,450.84 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | B & S Air, Inc. | $ 2,090.59 | $ 2,090.59 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 27,450.84 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JAMES L. DRAKE, JR. | $ 5,857.31 | $ 0.00 | $ 5,857.31 |
| Trustee Expenses: JAMES L. DRAKE, JR. | $ 372.81 | $ 193.05 | $ 179.76 |
| Attorney for Trustee Fees: James L. Drake Jr., P.C. | $ 12,293.50 | $ 8,755.00 | $ 3,538.50 |
| Attorney for Trustee Expenses: James L. Drake Jr., P.C. | $ 580.28 | $ 453.78 | $ 126.50 |
| Charges: Clerk of Court | $ 352.00 | $ 0.00 | $ 352.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Fees: Office Of The United States Trustee | $ 325.00 | $ 0.00 | $ 325.00 |
| Other: In Line Credit, Inc. | $ 5,200.00 | $ 5,200.00 | $ 0.00 |
| Other: In Line Credit, Inc. | $ 1,775.00 | $ 1,775.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $ 10,379.07

Remaining Balance   $ 17,071.77

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 56.97 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cio Internal Revenue Service | $ 56.97 | $ 0.00 | $ 56.97 |

Total to be paid to priority creditors   $ 56.97

Remaining Balance   $ 17,014.80

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 831,605.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | American Express Bank Fsb | $ 679.06 | $ 0.00 | $ 13.89 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | American Express Bank Fsb | $ 1,087.93 | $ 0.00 | $ 22.26 |
| 4 | American Express Bank Fsb | $ 66,426.55 | $ 0.00 | $ 1,359.10 |
| 5 | Emory Adventist Hospital | $ 722.23 | $ 0.00 | $ 14.78 |
| 6 | Aca Aggeorgia Farm Credit | $ 762,688.58 | $ 0.00 | $ 15,604.75 |
| 9 | United States Environmental | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | Saraland Lllp | $ 1.00 | $ 0.00 | $ 0.02 |

Total to be paid to timely general unsecured creditors    $    17,014.80

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.59 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | $ 0.59 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors    $    0.00

Remaining Balance    $    0.00

Prepared By: /s/ James L. Drake, Jr.
Trustee

JAMES L. DRAKE, JR.
P.O. Box 9945
Savannah, GA 31412

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| PARADISE FARMS, INC. | ) | CASE NO. 12-30111 |
| | ) | |
| DEBTOR | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing, **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) AND SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**, by CM/ECF and/or by depositing same in the United States Mail with sufficient postage affixed thereon, to those addressed below:

Edward B. Claxton, III
Edward B. Claxton III, LLC
P O Box 16459
Dublin, GA 31040

Paradise Farms, Inc.
415 North Tift Avenue
Tifton, GA 31794

Matthew E. Mills, Asst. U.S. Trustee
Office of the United States Trustee
Johnson Square Business Center
2 East Bryan Street, Suite 725
Savannah, Georgia 31412

**AND ALL PARTIES LISTED ON ATTACHED MAILING MATRIX**

DATED at Savannah, Georgia, this 16th day of August, 2018.

Prepared by:
JAMES L. DRAKE, JR.
ATTORNEY AT LAW
P.O. BOX 9945
SAVANNAH, GA 31412
(912) 790-1533

/s/ James L. Drake, Jr.
James L. Drake, Jr., Trustee/Attorney for Trustee
Georgia Bar No. 229250

20629

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-3<br>Case 12-30111-SDB<br>Southern District of Georgia<br>Dublin<br>Wed Aug 15 17:00:47 EDT 2018 | AgGeorgia Farm Credit, ACA<br>c/o John T. McGoldrick, Jr.<br>P O Box 1606<br>Macon, GA 31202-1606 | AgGeorgia Farm Credit, ACA<br>c/o John T. McGoldrick, Jr.<br>Martin Snow, LLP<br>P. O. Box 1606<br>Macon, GA 31202-1606 |
| AgGeorgia Farm Credit, ACA<br>c/o John T. McGoldrick, Jr.<br>Martin Snow, LLP<br>P.O. Box 1606<br>Macon, Georgia  31202-1606 | American Express<br>P.O. Box 650448<br>Dallas, TX  75265-0448 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| B & S Air, Inc.<br>c/o David A. Garland<br>Moore, Clarke, DuVall & Rodgers, P.C.<br>P. O. Drawer 71727<br>Albany, GA 31708-1727 | B & S Air, Inc.<br>c/o David A. Garland, Esq.<br>Moore, Clarke, DuVall & Rodgers, P.C.<br>P. O. Drawer 71727<br>Albany, GA  31708-1727 | Bank of Eastman<br>PO Box 909<br>Eastman, GA 31023-0909 |
| Rickie Lee Brown Jr<br>Moore, Clarke, DuVall & Rodgers, PC<br>2829 Old Dawson Road<br>P O Drawer 71727<br>Albany, GA 31708-1727 | Edward B. Claxton III<br>Edward B. Claxton III, LLC<br>P O Box 16459<br>Dublin, GA 31040-6459 | Colony Bank<br>P O Box 1606<br>Macon, GA 31202-1606 |
| Colony Bank<br>Post Office Box 989<br>Fitzgerald, GA 31750-0989 | Colony Bank<br>c/o John T. McGoldrick, Jr.<br>Martin Snow, LLP<br>P.O. Box 1606<br>Macon, Georgia 31202-1606 | James L. Drake Jr.<br>P. O. Box 9945<br>Savannah, GA 31412-0145 |
| EMORY ADVENTIST HOSPITAL<br>C/O KEVIN B. WILSON LAW OFFICES<br>2810 WALKER ROAD, SUITE 102<br>CHATTANOOGA, TENNESSEE 37421-1082 | F & W Forestry Services, Inc.<br>c/o David A. Garland, Esq.<br>Moore, Clarke, DuVall & Rodgers, P.C.<br>P. O. Drawer 71727<br>Albany, GA 31708-1727 | Darien Fremont<br>P.O. Box 164<br>Woodland Park, CO 80866-0164 |
| David A. Garland<br>Moore, Clarke, DuVall & Rodgers, PC<br>P. O. Box 71727<br>Albany, GA 31708-1727 | Lister Harrell<br>415 North Tift Avenue<br>Tifton, GA 31794-4465 | Lister Harrell<br>P.O. Box 10<br>Cadwell, GA 31009-0010 |
| Lister Harrell<br>c/o Roy Rankin<br>415  Tift Avenue<br>Tifton, GA 31794-4465 | INTERNAL REVENUE SERVICE, CIO<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Dan King<br>P.O. Box 4329<br>Dublin, GA 31040-4329 |
| Daniel M. King Jr.<br>King Law Group<br>617 Bellevue Avenue<br>P O Box 4329<br>Dublin, GA 31040-4329 | Martin F. McDermott<br>U. S. Department of Justice<br>ENRD<br>601 D. Street NW<br>Washington, DC 20530-0034 | John T. McGoldrick Jr.<br>Martin Snow, LLP<br>240 Third St., P O Box 1606<br>Macon, GA 31202-1606 |
| Merrill & Stone, LLC<br>Post Office Box 129<br>Swainsboro, GA 30401-0129 | Matthew E. Mills<br>Office of The U S Trustee<br>Johnson Square Business Center<br>2 East Bryan St., Ste 725<br>Savannah, GA 31401-2638 | Oakley<br>1 Icon<br>Foothill Ranch, CA 92610-3000 |

| | | |
|---|---|---|
| Office of The United States Trustee<br>Johnson Square Business Center<br>2 East Bryan Street, Suite 725<br>Savannah, GA 31401-2638 | Office of the U. S. Trustee<br>Johnson Square Business Center<br>2 East Bryan Street, Ste 725<br>Savannah, GA 31401-2638 | James C. Overstreet Jr.<br>Klosinski Overstreet, LLP<br>#7 George C Wilson Ct<br>Augusta, GA 30909-6593 |
| James C. Overstreet Jr.<br>Klosinski Overstreet, LLP<br>1229 Augusta West Parkway<br>Augusta, GA 30909-1807 | Paradise Farms, Inc.<br>415 North Tift Avenue<br>Tifton, GA 31794-4465 | Saraland LLLP<br>Todd Boudreaux Chapter 11 Trustee<br>7013 Evans Town Center Boulevard<br>Suite 303<br>Evans, GA 30809-4215 |
| Saraland, LLLP<br>PO Box 4116<br>Eastman, GA 31023-4116 | (p)SKULLCANDY INC<br>6301 N LANDMARK DR<br>PARK CITY UT 84098-6439 | Sligh Environmental Consulting, Inc.<br>31 Park Commerce Way, Suite 200 B<br>Savannah, GA 31405-7421 |
| Shawna Y. Staton<br>James L. Drake, Jr., PC<br>7 E Congress St, Ste 901<br>P O Box 9945<br>Savannah, GA 31412-0145 | United States Environmental<br>Protection Agency<br>c/o Martin F. McDermott<br>P.O. Box 7611<br>Washington, DC 20044-7611 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Skullcandy
1441 West UTE Blvd
Park City, Utah 84098

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)AgGeorgia Farm Credit, ACA<br>c/o John T. McGoldrick, Jr.<br>Martin Snow, LLP<br>P.O. Box 1606<br>Macon, Georgia 31202-1606 | (d)Bank of Eastman<br>Post Office Box 909<br>Eastman, GA 31023-0909 | (d)James L. Drake Jr.<br>P. O. Box 9945<br>Savannah, GA 31412-0145 |
| (u)Lister W. Harrell | (d)Lister Harrell<br>P.O. Box 10<br>Cadwell, GA 31009-0010 | (u)United States Environmental Protection Age |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     6
Total                  46